IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADIS & GOLDBERG, LLP,<br><br>          Plaintiff,<br><br>vs.<br><br>AKSHITA BANERJEE AND SUMANTA BANERJEE,<br><br>          Defendants. | Civil Action No. 2:19-cv-01682-AJS |

## JOINT STIPULATION FOR EXTENSION OF TIME

Plaintiff, Sadis & Goldberg, LLP, by and through its undersigned counsel, and Defendants, Akshita Banerjee and Sumanta Banerjee, hereby stipulate and agree that the time within which Defendants shall respond to Plaintiff's Complaint is hereby extended for a period of thirty (30) days, up to and including March 2, 2020. Defendants requested an extension of time to answer the allegations set forth in Plaintiff's Complaint telephonically on January 31, 2020, as such, Plaintiff's file this Joint Stipulation without Defendants' signatures.

                                                                   Respectfully submitted,

Dated: January 31, 2020

                                                    /s/ Kate E. McCarthy
                                                    Kate E. McCarthy
                                                    Pa.I.D. #325771
                                                    MEYER, UNKOVIC & SCOTT LLP
                                                    535 Smithfield Street, Suite 1300
                                                    Pittsburgh, PA 15222
                                                    412-456-2800
                                                    *kem@muslaw.com*
                                                    *Counsel for Plaintiff Sadis & Goldberg, LLP*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Stipulation for Extension of Time has been served upon the following by first class mail, postage prepaid, on this 31st day of January, 2020, addressed as follows:

Akshita Banerjee
1514 Cook School Road
Pittsburgh, PA 15241

Sumanta Banerjee
1514 Cook School Road
Pittsburgh, PA 15241

/s/Kate E. McCarthy
Kate E. McCarthy
PA ID No. 325771
*Counsel for Plaintiff,*
*Sadis & Goldberg, LLP*