IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| SADIS & GOLDBERG, LLP,<br><br>Plaintiff,<br><br>v.<br><br>AKSHITA BANERJEE and SUMANTA BANERJEE,<br><br>Defendants. | Case No. 2:19-CV-01682-AJS |

### ORDER OF COURT

AND NOW, this ____ day of _____, 2020, upon consideration of the Motion to Set Aside Default Judgment, it is hereby ORDERED, ADJUDGED AND DECREED that the motion GRANTED and that the Default Judgment entered against Akshita Banjeree and Sumanta Banerjee is set aside and all further proceedings in this matter are stayed pending resolution of the pending litigation in the Southern District of New York.

BY THE COURT:


_____J.