# EXHIBIT A

## Debra A. Stewart

| | |
|---|---|
| **From:** | Katelin J. Montgomery |
| **Sent:** | Tuesday, July 21, 2020 8:47 AM |
| **To:** | Debra A. Stewart |
| **Cc:** | Kate E. McCarthy |
| **Subject:** | FW: Federal Proofs of Service |
| **Attachments:** | IMG_20200110_0002.pdf |

**From:** alleghenyprocessservices <alleghenyps1@yahoo.com>
**Sent:** Friday, January 10, 2020 9:56 AM
**To:** Katelin J. Montgomery <KJM@MUSLAW.com>
**Subject:** Federal Proofs of Service

**Re: Sadis & Goldberg, LLP v. Akshita Banerjee and Sumanta Banerjee**
     **Civil Action No. 19-1682**

Good morning Katelin,

As per our phone conversation I have attached **(2) Federal Proofs of Service** for **Mr. and Mrs. Banerjee. I Personally Served Akshita Banerjee** and **Sub-Served her Sumanta Banerjee** on **1-10-10 @ & 7:16 A.M.** She is wife and co-resident at location provided. I will be sending originals today by First Class U.S. Mail to your attention. Please feel free to contact our office if you have any questions in this matter.

**Please send email confirmation received !**
Best regards,
Anthony DeMasi
**Allegheny Process Services, LLC**
322 Mall Blvd. #236
Monroeville, PA 15146
Office: 412-704-7727
  Fax: 412-744-4942
Direct Email: alleghenyps1@yahoo.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.