# EXHIBIT C

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
#### Western District of Pennsylvania

| | |
|---|---|
| Sadis & Goldberg, LLP <br> *Plaintiff(s)* <br><br> v. <br><br> Akshita Banerjee and Sumanta Banerjee <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.   19-1682 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Akshita Banerjee
> 1514 Cook School Road
> Pittsburgh, PA 15241

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Meyer, Unkovic & Scott
> Katelin J. Montgomery
> 535 Smithfield Street, Suite 1300
> Pittsburgh, PA 15222

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

12/31/2019
Date

*Susan Parmeter*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Akshita Banerjee

was received by me on *(date)*  1-8-20

☑ I personally served the summons on the individual at *(place)*  By placing into her hands at
1514 Cook School Rd., Pittsburgh, PA 15241  on *(date)*  1-10-20 @ 7:16 A.M.; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  1-10-20

_____
Server's signature

Anthony DeMasi (Process Server)
*Printed name and title*
**Allegheny Process Services, LLC**
**322 Mall Blvd, #236**
**Monroeville, PA 15146**

_____
Server's address

Additional information regarding attempted service, etc: