# EXHIBIT D

# Debra A. Stewart

| | |
|---|---|
| **From:** | Katelin J. Montgomery |
| **Sent:** | Wednesday, July 22, 2020 8:57 AM |
| **To:** | Debra A. Stewart |
| **Cc:** | Kate E. McCarthy |
| **Subject:** | FW: [0:14] Message for MB 2530 from a caller at (203) 501-0796 |
| **Attachments:** | vm Fri Jan 31, 2020 0100 PM.wav |

-----Original Message-----
From: Katelin J. Montgomery
Sent: Friday, January 31, 2020 1:40 PM
To: Kate E. McCarthy <KEM@muslaw.com>
Subject: FW: [0:14] Message for MB 2530 from a caller at (203) 501-0796


-----Original Message-----
From: VIS MAIL <vismail@MUSLAW.com>
Sent: Friday, January 31, 2020 1:01 PM
To: Katelin J. Montgomery <KJM@MUSLAW.com>
Subject: [0:14] Message for MB 2530 from a caller at (203) 501-0796

This message was sent by your voice mail system.

Message received on Fri Jan 31, 2020 at 01:00 PM

1