# EXHIBIT E

MEYER UNKOVIC SCOTT
ATTORNEYS AT LAW

Writer's direct dial phone number and e-mail address:
412-456-2827 ~ kem@muslaw.com

February 3, 2020

Akshita Banerjee
1514 Cook School Road
Pittsburgh, PA 15241

Sumanta Banerjee
1514 Cook School Road
Pittsburgh, PA 15241

RE: Sadis & Goldberg, LLP v. Akshita Banerjee and Sumanta Banerjee
No. 2:19-cv-01682-AJS

Dear Mr. and Mrs. Banerjee:

Pursuant to our phone conversation on January 31, 2020, we filed a Stipulation for Extension of Time with the Western District of Pennsylvania in the above-referenced matter agreeing that the time within which you could file an Answer to our Complaint be extended by thirty (30) days. However, on February 3, 2020, Judge Schwab denied the Stipulation. A copy of the court's order is enclosed.

As such, if no Answer is filed within ten (10) days, we will proceed with filing for a default judgment.

Very truly yours,

Kate E. McCarthy

KEM/das
Enclosure

MUS3484483