# EXHIBIT F

## Debra A. Stewart

| | |
|---|---|
| **From:** | Kate E. McCarthy |
| **Sent:** | Monday, February 3, 2020 11:27 AM |
| **To:** | gandhibanerjee@gmail.com; zbacllc@gmail.com |
| **Cc:** | Katelin J. Montgomery |
| **Subject:** | 2:19-cv-01682, Court Order Denying Stipulation for Extension of Time |
| **Attachments:** | Order_Denying_Stipulation_for_Extension_of_Time.PDF |

Dear Mr. and Mrs. Banerjee:

Pursuant to our phone conversation on January 31, 2020, we filed a Stipulation for Extension of Time with the Western District of Pennsylvania in the above-referenced matter agreeing that the time within which you could file an Answer to our Complaint be extended by thirty (30) days. However, on February 3, 2020, Judge Schwab denied the Stipulation. A copy of the court's order is attached.

As such, if no Answer is filed within ten (10) days, we will proceed with filing for a default judgment.

Very truly yours,