# EXHIBIT G



# MEYER UNKOVIC SCOTT
ATTORNEYS AT LAW

Writer's direct dial phone number and e-mail address:
412-456-2827 ~ kem@muslaw.com

February 19, 2020

**VIA FEDERAL EXPRESS**

Akshita Banerjee
Sumanta Banerjee
1514 Cook School Road
Pittsburgh, PA 15241

RE:   Sadis & Goldberg, LLP v. Akshita Banerjee and Sumanta Banerjee
      No. 2:19-cv-01682-AJS

Dear Mr. and Mrs. Banerjee:

Enclosed please find a copy of Plaintiff's Request for Clerk's Entry of Default, which has been filed with the Western District of Pennsylvania in the above-referenced matter.

Very truly yours,

Kate E. McCarthy

KEM/das
Enclosure

MUS3497228

Meyer, Unkovic & Scott LLP | Henry W. Oliver Building | 535 Smithfield Street, Suite 1300 | Pittsburgh, PA 15222 | 412.456.2800

MERITAS® LAW FIRMS WORLDWIDE

2/19/2020                                           FedEx Ship Manager - Print Your Label(s)



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Debra A. Stewart**

| | |
|---|---|
| From: | TrackingUpdates@fedex.com |
| Sent: | Thursday, February 20, 2020 10:10 AM |
| To: | Debra A. Stewart |
| Subject: | FedEx Shipment 777803157275 Delivered |

# Your package has been delivered

## Tracking # 777803157275

Ship date:
Wed, 2/19/2020
**Kate E. McCarthy**
Meyer, Unkovic & Scott
Pittsburgh, PA 15222
US


Delivered

Delivery date:
Thu, 2/20/2020 10:08 am
**Akshita and Sumanta Banerjee**
1514 Cook School Road
PITTSBURGH, PA 15241
US



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 777803157275 |
| Status: | Delivered: 02/20/2020 10:08 AM Signed for By: Signature not required |
| Reference: | 283463.101 |
| Signed for by: | Signature not required |
| Delivery location: | PITTSBURGH, PA |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight® |
| Packaging type: | FedEx® Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |
| | Residential Delivery |
| Standard transit: | 2/20/2020 by 10:30 am |

1

☐ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:09 AM CST on 02/20/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.