# EXHIBIT 7

Query    Reports    Utilities    Help    Log Out

CLOSED

# U.S. District Court
# Western District of Pennsylvania (Pittsburgh)
# CIVIL DOCKET FOR CASE #: 2:19-cv-01682-AJS

SADIS & GOLDBERG, LLP v. BANERJEE et al  
Assigned to: Judge Arthur J. Schwab  
Cause: 28:1332 Diversity-Other

Date Filed: 12/31/2019  
Date Terminated: 02/20/2020  
Jury Demand: None  
Nature of Suit: 370 Other Fraud  
Jurisdiction: Diversity

**Plaintiff**

**SADIS & GOLDBERG, LLP**     represented by **Ben Hutman**  
Sadis & Goldberg, LLP  
551 Fifth Avenue  
Floor 21  
New York, NY 10176  
212-573-6675  
Email: bhutman@sadis.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Katelin J. Montgomery**  
Meyer, Unkovic & Scott LLP  
Henry W. Oliver Building  
535 Smithfield Street  
Suite 1300  
Pittsburgh, PA 15222  
412-456-2530  
Fax: 412-456-2864  
Email: kjm@muslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Kate E. McCarthy**  
Meyer, Unkovic & Scott LLP  
Henry W. Oliver Building  
535 Smithfield Street  
Suite 1300  
Pittsburgh, PA 15222  
4124562827  
Fax: 4124562864  
Email: kem@muslaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

AKSHITA BANERJEE     represented by     **Beverly A Block**
Block & Associates, LLC
6425 Living Pl, Ste 200
Pittsburgh, PA 15206
412-450-6021
Fax: 412-450-6024
Email: bab@sgkpc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

SUMANTA BANERJEE     represented by     **Beverly A Block**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2019 | 1 | COMPLAINT against AKSHITA BANERJEE, SUMANTA BANERJEE (Filing fee, including Administrative fee, $400, receipt number 315-5410940), filed by SADIS & GOLDBERG, LLP. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B) (sdp) (Entered: 12/31/2019) |
| 12/31/2019 | 2 | Summons Issued as to AKSHITA BANERJEE, SUMANTA BANERJEE (Attachments: # 1 Summons) (sdp) (Entered: 12/31/2019) |
| 01/03/2020 | 3 | NOTICE that instant civil action has been designated for placement into the United States District Court's Alternative Dispute Resolution program. Parties are directed to fully complete the required 26(f) report, which includes the stipulation of selecting an ADR process. Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of the notice on all parties. (ms) (Entered: 01/03/2020) |
| 01/03/2020 | 4 | ORDER Re: Federal Rule of Civil Procedure 12(b) Motions to Dismiss. Signed by Judge Arthur J. Schwab on 1/3/20. (ms) (Entered: 01/03/2020) |
| 01/14/2020 | 5 R | SUMMONS/Return of Service Returned Executed by SADIS & GOLDBERG, LLP. SUMANTA BANERJEE served on 1/10/2020, answer due 1/31/2020. (Montgomery, Katelin) Modified text on 1/17/2020. (sdp) (Entered: 01/14/2020) |
| 01/14/2020 | 6 R | SUMMONS/Return of Service Returned Executed by SADIS & GOLDBERG, LLP. AKSHITA BANERJEE served on 1/10/2020, answer due 1/31/2020. (Montgomery, Katelin) Modified text on 1/17/2020. (sdp) (Entered: 01/14/2020) |
| 01/17/2020 | | Update Answer Deadline: Answer due from AKSHITA BANERJEE on 1/31/2020; SUMANTA BANERJEE on 1/31/2020 (sdp) (Entered: 01/17/2020) |
| 01/30/2020 | 7 | NOTICE of Appearance by Kate E. McCarthy on behalf of SADIS & GOLDBERG, LLP. (McCarthy, Kate) (Entered: 01/30/2020) |
| 01/31/2020 | 8 R | Stipulation for Extension of Time to Answer by SADIS & GOLDBERG, LLP Answer due from AKSHITA BANERJEE on 3/2/2020; SUMANTA BANERJEE on 3/2/2020. (McCarthy, Kate) (Entered: 01/31/2020) |
| 02/03/2020 | 9 | ORDER DENYING 8 R Stipulation for Extension of Time to Answer filed by SADIS |

| | | |
|---|---|---|
| | | & GOLDBERG, LLP - Denied without prejudice until counsel enters an appearance on behalf of defendants. Signed by Judge Arthur J. Schwab on 2/3/20. (lck) (Entered: 02/03/2020) |
| 02/03/2020 | 10 | MOTION for attorney Ben Hutman to Appear Pro Hac Vice, (Filing fee $70, Receipt # 0315-5452246) by SADIS & GOLDBERG, LLP. (Attachments: # 1 Affidavit Affidavit of Ben Hutman, # 2 Proposed Order Proposed Order for Admission of Ben Hutman) (Hutman, Ben) (Entered: 02/03/2020) |
| 02/04/2020 | 11 | ORDER granting 10 Motion for Ben Hutman to Appear Pro Hac Vice. Signed by Judge Arthur J. Schwab on 2/4/20. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (lck) (Entered: 02/04/2020) |
| 02/18/2020 | 12 | REQUEST by SADIS & GOLDBERG, LLP for entry of DEFAULT and DEFAULT JUDGMENT against All Defendants. (Attachments: # 1 Request for Entry of Default Judgment with Proposed Order, # 2 Affidavit of Ben Hutman in Support of Default and Default Judgment, # 3 Exhibit A. Complaint, # 4 Exhibit B. Retainer Agreement, # 5 Exhibit C. Service of Summons, # 6 Exhibit D. Email attaching Court Order, # 7 Certificate of Service) (Hutman, Ben) (Entered: 02/18/2020) |
| 02/20/2020 | 13 | CLERK'S ENTRY OF DEFAULT AND DEFAULT JUDGMENT in favor of Sadis & Goldberg, LLP against Akshita Banerjee and Sumanta Banerjee in the amount of $539,956.00 plus costs (Attachments: # 1 default judgment) (sdp) (Entered: 02/20/2020) |
| 07/15/2020 | 14 | MOTION to Set Aside Default *Judgment* by AKSHITA BANERJEE, SUMANTA BANERJEE. (Attachments: # 1 Exhibit A - SDNY Docket, # 2 Brief in Support, # 3 Proposed Order) (Block, Beverly) (Entered: 07/15/2020) |
| 07/15/2020 | 16 | BRIEF in Support re 14 Motion to Set Aside Default filed by AKSHITA BANERJEE, SUMANTA BANERJEE. (sdp) (Entered: 07/16/2020) |
| 07/16/2020 | 15 | TEXT ORDER re 14 Motion to Set Aside Default filed by AKSHITA BANERJEE, SUMANTA BANERJEE - Response due by 7/23/2020. Signed by Judge Arthur J. Schwab on 7/16/20. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (lck) (Entered: 07/16/2020) |
| 07/16/2020 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE re 14 Motion to Set Aside Default. ERROR: Document should have been filed as two separate documents. CORRECTION: Attorney advised in future that documents of that nature are to be filed as separate documents. Clerk of Court docketed Brief in support. This message is for informational purposes only. (sdp) (Entered: 07/16/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/16/2020 23:40:32 | | | |
| **PACER Login:** | sg034789 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-cv-01682-AJS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |