# EXHIBIT 8

# Ben Hutman

| | |
|---|---|
| **From:** | Ben Hutman |
| **Sent:** | Tuesday, February 18, 2020 7:58 PM |
| **To:** | 'gandhibanerjee@gmail.com'; 'Zbac LLC' |
| **Cc:** | 'Kate E. McCarthy'; Katelin J. Montgomery |
| **Subject:** | Request for Default and Default Judgment |
| **Attachments:** | Request for Entry of Default.pdf; Request of Entry of Default Judgment.pdf; Affidavit of Ben Hutman.pdf; Ex. B to Affidavit.pdf; Ex. C to Affidavit.pdf; Ex. D to Affidavit.pdf; Ex. A to Affidavit.pdf; Certificate of Service.pdf |

Akshita and Sumanta Banerjee,

Please see the attached Request for Entry of Default and Default Judgment and accompanying supporting papers that were filed today in the Western District of Pennsylvania. Hard copies of these documents are also being sent out to you.

Thank you,

Ben Hutman, Associate | Bio

Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

bhutman@sadis.com
Phone: 212.573.6675
Fax: 212.573.3796
sadis.com



This e-mail communication is confidential and is intended only for the individuals or entities named above and others who have been specifically authorized to receive it. If you are not an intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning 212.947.3793. Please then delete the e-mail and any copies of it. Thank you. Nothing contained in this disclaimer shall be construed in any way to grant permission to transmit confidential information via this firm's e-mail system