# EXHIBIT 11



www.sglawyers.com

February 20, 2020

**VIA OVERNIGHT FEDERAL EXPRESS**

Akshita Banerjee
Sumanta Banerjee
1514 Cook School Rd.
Pittsburgh PA 15241

Dear Mr. and Mrs. Banerjee,

    Enclosed please find the Entry of Default and Default Judgment entered against you in the matter of *Sadis & Goldberg, LLP v. Akshita Banerjee and Sumanta Banerjee*, 19-cv-1682 (AJS) in the Western District of Pennsylvania.

Very truly yours,

Pat Green, Paralegal

Enc.

551 Fifth Avenue, 21st Floor  New York, NY  10176    (t) 212.947.3793  (f) 212.947.3796



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADIS & GOLDBERG, LLP,<br><br>        Plaintiff,<br><br>vs.<br><br>AKSHITA BANERJEE AND SUMANTA BANERJEE,<br><br>        Defendants. | CIVIL ACTION NO. 2:19-cv-01682 (AJS) |

### ENTRY OF DEFAULT

**I, JOSHUA C. LEWIS**, Clerk of Court of the United States District Court for the Western District of Pennsylvania, do hereby certify that the Defendants, Akshita Banerjee and Sumanta Banerjee, have not filed an Answer or otherwise moved with respect to the Complaint in this action within the time allotted by the Court. The default of Defendants, Akshita Banerjee and Sumanta Banerjee, is hereby noted and entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Pittsburgh, Pennsylvania
       February ___, 2020

                                              CLERK OF COURT

                                              *Joshua C. Lewis*    202002
                                              Signature of Clerk or Deputy Clerk  sdp

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SADIS & GOLDBERG, LLP,<br><br>        Plaintiff,<br><br>vs.<br><br>AKSHITA BANERJEE AND SUMANTA BANERJEE,<br><br>        Defendants. | CIVIL ACTION NO. 2:19-cv-01682 (AJS) |

## JUDGMENT

Defendants Akshita Banerjee and Sumanta Banerjee, having failed to plead or otherwise defend in this action, and default having been entered,

NOW, upon application of the Plaintiff and upon affidavit that Defendants are jointly and severally indebted and liable to the Plaintiff in the sum of $539,956, that Defendants are not minors or incompetent persons and not in the military service of the United States, it is hereby

ORDERED, ADJUDGED, AND DECREED, that Defendants are jointly and severally liable to Plaintiff in the sum of $539,956, and Plaintiff shall recover of Defendants that sum of $539,956 plus the costs of this suit.

Dated: Pittsburgh, Pennsylvania
       February ___, 2020

CLERK OF COURT

*Joshua C. Lewis*   202002
                      sdp
Signature of Clerk or Deputy Clerk