# EXHIBIT 12

**Ben Hutman**

**Subject:** FW: FedEx Shipment 777823726311 Delivered

**From:** TrackingUpdates@fedex.com <TrackingUpdates@fedex.com>
**Sent:** Friday, February 21, 2020 11:33 AM
**To:** Patricia Green <pgreen@sadis.com>
**Subject:** FedEx Shipment 777823726311 Delivered



## Your package has been delivered
Tracking # 777823726311

**Ship date:**
Thu, 2/20/2020
**Ben Hutman, Esq. (pg,para)**
Sadis & Goldberg
New York, NY 10176
US


Delivered

**Delivery date:**
Fri, 2/21/2020 11:27 am
**Akshita & Sumanta Banerjee**
1514 Cook School Road
PITTSBURGH, PA 15241
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** |  777823726311 |
| **Status:** | Delivered: 02/21/2020 11:27 AM Signed for By: Signature not required |
| **Reference:** | Banerjee |
| **Signed for by:** | Signature not required |
| **Delivery location:** | PITTSBURGH, PA |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Standard Overnight® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| | No Signature Required |
| | Residential Delivery |
| **Standard transit:** | 2/21/2020 by 8:00 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:32 AM CST on 02/21/2020.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2020 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our [privacy policy](). All rights reserved.

Thank you for your business.