# EXHIBIT 20

# EXHIBIT J




Gmail - (no subject)            Page 1 of 2



Akshita Gandhi <gandhibanerjee@gmail.com>

# (no subject)
6 messages

---

**gandhibanerjee@gmail.com** <gandhibanerjee@gmail.com>     Thu, Jun 26, 2008 at 12:34 PM
Reply-To: Gandhibanerjee@gmail.com
To: Honey <sbaner@gmail.com>

Adam said yes. Have to disclose. But no assets are there. We meet him @ 230. @ capriclo
Sent from my Verizon Wireless BlackBerry

---

**sbaner@gmail.com** <sbaner@gmail.com>     Thu, Jun 26, 2008 at 12:48 PM
Reply-To: sbaner@gmail.com
To: akshita banerjee <gandhibanerjee@gmail.com>

So why the hell did he do it in a way that we have to disclose? I thought the entire idea was to protect it and keep it confidential -- that we do not have any assets.

That is what he had said.....


Sumanta Banerjee, CAIA
Co-Managing Member of GDF I & GSS
sbaner@gmail.com
(203) 550 5683 (M)
(203) 293 4165 (O)
[Quoted text hidden]

---

**gandhibanerjee@gmail.com** <gandhibanerjee@gmail.com>     Thu, Jun 26, 2008 at 12:52 PM
Reply-To: Gandhibanerjee@gmail.com
To: Honey <sbaner@gmail.com>

Court ordered. But there are is no cash. Let's talk to him tomorrow and figure it out.
Sent from my Verizon Wireless BlackBerry

[Quoted text hidden]

---

**sbaner@gmail.com** <sbaner@gmail.com>     Thu, Jun 26, 2008 at 12:56 PM
Reply-To: sbaner@gmail.com
To: akshita banerjee <gandhibanerjee@gmail.com>

Court did not Order anything. I have to show assets and that there is hardship and irreparable harm -- to get the management fees out of Court. That is Tep 2

Step 1: get the right amount of Management Fees into Escrow.

Sumanta Banerjee, CAIA
Co-Managing Member of GDF I & GSS
sbaner@gmail.com