# EXHIBIT 22

CLOSED

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:09-cv-11672-WGY

Tuckerbrook Alternative Investments, LP, v. Banerjee
Assigned to: Judge William G. Young
Demand: $75,000
Cause: 28:1332 Diversity-Other Contract

Date Filed: 10/06/2009
Date Terminated: 07/05/2012
Jury Demand: Both
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Tuckerbrook Alternative Investments, LP,**     represented by     **David B Mack**
O'Connor, Carnathan and Mack LLC
1 Van de Graaff Drive, Suite 104
Burlington, MA 01803
781-359-9005
Fax: 781-359-9001
Email: dmack@ocmlaw.net
*ATTORNEY TO BE NOTICED*

**Sean T. Carnathan**
O'Connor, Carnathan and Mack LLC
Landmark One
1 Van de Graaff Drive
Suite 104
Burlington, MA 01803
781-359-9002
Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sumanta Banerjee**     represented by     **Mitchell J. Matorin**
Matorin Law Office LLC
Suite 5
18 Grove Street
Wellesley, MA 02482
781-453-0100
Fax: 888-628-6746
Email: mmatorin@matorinlawoffice.com
*TERMINATED: 02/22/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard M. Gelb**
Gelb & Gelb, LLP
Suite 207 V

900 Cummings Center
Beverly, MA 01915
617-345-0010
Fax: 617-345-0009
Email: rgelb@gelbgelb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel K. Gelb**
Gelb & Gelb, LLP
Suite 207 V
900 Cummings Center
Beverly, MA 01915
617-345-0010
Fax: 617-345-0009
Email: dgelb@gelbgelb.com
*ATTORNEY TO BE NOTICED*

**Stamenia Tzouganatos**
Gelb & Gelb LLP
84 State Street
Boston, MA 02109
617-345-0010
Fax: 617-345-0009
Email: stzouganatos@gelbgelb.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/06/2009 | 1 | COMPLAINT *(Verified)* against Sumanta Banerjee Filing fee: $ 350, receipt number 01010000000002612253, filed by Tuckerbrook Alternative Investments, LP,. (Attachments: # 1 Civil Cover Sheet, # 2 Category Sheet)(Carnathan, Sean) (Entered: 10/06/2009) |
| 10/06/2009 | | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Sorokin (Paine, Matthew) (Entered: 10/06/2009) |
| 10/06/2009 | 2 | Summons Issued as to Sumanta Banerjee. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Paine, Matthew) (Entered: 10/06/2009) |
| 10/06/2009 | 3 | General Order 09-1, dated January 6, 2009 regarding the E-Government Act and Personal Identifiers entered. (Paine, Matthew) (Entered: 10/06/2009) |
| 10/06/2009 | 4 | CORPORATE DISCLOSURE STATEMENT by Tuckerbrook Alternative Investments, LP,. (Carnathan, Sean) (Entered: 10/06/2009) |
| 01/26/2010 | 5 | SUMMONS Returned Executed by Tuckerbrook Alternative Investments, LP,. Sumanta Banerjee served on 11/30/2009, answer due 12/21/2009. (Carnathan, Sean) (Modified on 1/27/2010 to Update Docket Text As Cousel Used the Wrong Event in CM/ECF for the Summons Returned Executed)) (Paine, Matthew). (Entered: 01/26/2010) |

| | | |
|---|---|---|
| 02/05/2010 | 6 | Request for Entry of Default Judgment for Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1) as to Sumanta Banerjee by Tuckerbrook Alternative Investments, LP,. (Carnathan, Sean) (Modified on 2/23/2010 to Update Docket Text) (Paine, Matthew). (Entered: 02/05/2010) |
| 02/05/2010 | 7 | AFFIDAVIT in Support re 6 MOTION for Default Judgment *for Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1)* as to Sumanta Banerjee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Carnathan, Sean) (Entered: 02/05/2010) |
| 02/23/2010 | | Motions terminated: 6 MOTION for Default Judgment *for Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1)* as to Sumanta Banerjee filed by Tuckerbrook Alternative Investments, LP,. (Paine, Matthew) (Entered: 02/23/2010) |
| 02/23/2010 | 8 | NOTICE: Clerk's ENTRY OF DEFAULT as to Sumanta Banerjee (Paine, Matthew) (Entered: 02/23/2010) |
| 02/23/2010 | 9 | Judge William G. Young: ORDER entered. STANDING ORDER on motions for default judgment (Paine, Matthew) (Entered: 02/23/2010) |
| 02/24/2010 | 10 | MOTION for Default Judgment *For Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1)* as to Sumanta Banerjee by Tuckerbrook Alternative Investments, LP,. (Attachments: # 1 Text of Proposed Order Form of Default Judgment)(Carnathan, Sean) (Entered: 02/24/2010) |
| 02/24/2010 | 11 | AFFIDAVIT in Support re 10 MOTION for Default Judgment *For Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1)* as to Sumanta Banerjee. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Carnathan, Sean) (Entered: 02/24/2010) |
| 03/05/2010 | 12 | MOTION and Affidavit of Sumanta Banerjee to Set Aside Default by Sumanta Banerjee. (Attachments: # 1 Exhibit - A, # 2 Exhibit - B, # 3 Exhibit - C, # 4 Exhibit - D, # 5 Exhibit - E)(Paine, Matthew) (Entered: 03/08/2010) |
| 03/09/2010 | | Judge William G. Young: Electronic ORDER entered : Allowed. The default is vacated re 12 MOTION and Affidavit of Sumanta Banerjee to Set Aside Default (Paine, Matthew) (Entered: 03/09/2010) |
| 03/09/2010 | | Judge William G. Young: Electronic ORDER entered finding as moot 10 MOTION for Default Judgment For Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1) (Paine, Matthew) (Entered: 03/09/2010) |
| 03/24/2010 | 13 R | MOTION Deem Service of Process Effectuated by Tuckerbrook Alternative Investments, LP,.(Carnathan, Sean) (Entered: 03/24/2010) |
| 03/24/2010 | 14 R | MEMORANDUM in Support re 13 R MOTION Deem Service of Process Effectuated filed by Tuckerbrook Alternative Investments, LP,. (Attachments: # 1 Exhibit A, # 2 R Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Carnathan, Sean) (Entered: 03/24/2010) |
| 04/02/2010 | | Judge William G. Young: ELECTRONIC ORDER entered : Motion allowed. The defendant Banerjee shall answer or otherwise plead within 45 days of the date of this order re 13 R Motion Deem Service of Process Effectuated (Paine, Matthew) (Entered: 04/02/2010) |
| 04/23/2010 | 15 R | Letter (via email) from Sumanta Banerjee to Judge William G. Young. (Paine, Matthew) (Additional attachment(s) added on 11/14/2019: # 1 Exhibits) (Paine, Matthew). (Entered: 04/23/2010) |
| 04/23/2010 | | Judge William G. Young: ELECTRONIC ORDER entered: In clarification, the Court rules that it has acquired personal jurisdiction over Mr. Banerjee. Tuckerbrook's counsel |

| | | |
|---|---|---|
| | | is forthwith to mail by certified mail or by an equally verifiable delivery service another copy of the complaint herein. The request for e-filing is denied. re 15 R Letter (via email) from Sumanta Banerjee to Judge William G. Young(Paine, Matthew) (Entered: 04/23/2010) |
| 04/30/2010 | 16 R | AFFIDAVIT OF SERVICE Executed by Tuckerbrook Alternative Investments, LP,. Sumanta Banerjee served on 4/30/2010, answer due 5/21/2010. Acknowledgement filed by Tuckerbrook Alternative Investments, LP,. (Carnathan, Sean) (Entered: 04/30/2010) |
| 05/19/2010 | 17 | Letter (via email) from Sumanta Banerjee to Judge William G. Young. (Attachments: # 1 Exhibit - A)(Paine, Matthew) (Entered: 05/20/2010) |
| 05/27/2010 | 18 | Request for Entry of Default *Pursuant to Fed. R. Civ. P. 55(a)* by Tuckerbrook Alternative Investments, LP,.(Carnathan, Sean) (Modified on 6/1/2010 to Update Docket) (Paine, Matthew). (Entered: 05/27/2010) |
| 05/27/2010 | 19 R | AFFIDAVIT in Support re 18 Request for Entry of Default *Pursuant to Fed. R. Civ. P. 55(a)*. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 R Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 R Exhibit Exhibit J) (Carnathan, Sean) (Modified on 6/1/2010 to Update Docket Text) (Paine, Matthew). (Entered: 05/27/2010) |
| 06/01/2010 | | Motions terminated: 18 Motion for Entry of Default *Pursuant to Fed. R. Civ. P. 55(a)* filed by Tuckerbrook Alternative Investments, LP,. (Paine, Matthew) (Entered: 06/01/2010) |
| 06/01/2010 | 20 | NOTICE: Clerk's ENTRY OF DEFAULT as to Sumanta Banerjee (Paine, Matthew) (Entered: 06/01/2010) |
| 06/01/2010 | 21 | Judge William G. Young: ORDER entered. STANDING ORDER on motions for default judgment (Paine, Matthew) (Entered: 06/01/2010) |
| 06/03/2010 | 22 | MOTION for Default Judgment *for Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1)* as to Sumanta Banerjee by Tuckerbrook Alternative Investments, LP,. (Attachments: # 1 Text of Proposed Order Form of Default Judgment)(Carnathan, Sean) (Entered: 06/03/2010) |
| 06/03/2010 | 23 | AFFIDAVIT in Support re 22 MOTION for Default Judgment *for Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1)* as to Sumanta Banerjee. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Carnathan, Sean) (Entered: 06/03/2010) |
| 06/08/2010 | 24 R | Letter (via email) from Sumanta Banerjee to Judge William G. Young (Paine, Matthew) (Additional attachment(s) added on 11/14/2019: # 1 Exhibits) (Paine, Matthew). Modified on 11/14/2019 (Paine, Matthew). (Entered: 06/08/2010) |
| 06/08/2010 | | Judge William G. Young: ELECTRONIC ORDER entered: Treated as an opposition to the motion for default and a motion to extend the time or otherwise respond, motion denied re 24 R Letter (via email) from Sumanta Banerjee to Judge William G. Young. (Paine, Matthew) (Entered: 06/08/2010) |
| 06/18/2010 | 25 R | Opposition re 22 MOTION for Default Judgment *for Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1)* as to Sumanta Banerjee filed by Sumanta Banerjee. (Attachments: # 1 R Exhibit - A, # 2 R Exhibit - B, # 3 R Exhibit - C, # 4 R Exhibit D - Part 1, # 5 R Exhbiti D - Part 2)(Paine, Matthew) (Entered: 06/18/2010) |
| 06/29/2010 | | Judge William G. Young: ELECTRONIC ORDER entered granting 22 MOTION for Default Judgment for Sum Certain Pursuant to Fed. R. Civ. P. 55(B)(1) (Paine, Matthew) (Entered: 06/29/2010) |

| | | |
|---|---|---|
| 06/30/2010 | 26 | Judge William G. Young: ORDER entered. DEFAULT JUDGMENT in favor of Plaintiff Tuckerbrook Alternative Investments, LP (Paine, Matthew) (Entered: 06/30/2010) |
| 06/30/2010 | | Civil Case Terminated. (Paine, Matthew) (Entered: 06/30/2010) |
| 08/12/2010 | 27 | MOTION to Dismiss by Sumanta Banerjee. (Attachments: # 1 Proposed Order)(Paine, Matthew) (Entered: 08/12/2010) |
| 08/12/2010 | 28 | MEMORANDUM in Support re 27 MOTION to Dismiss filed by Sumanta Banerjee. (Paine, Matthew) (Entered: 08/12/2010) |
| 08/12/2010 | 29 R | MOTION to Vacate Default Judgment by Sumanta Banerjee. (Attachments: # 1 Proposed Order)(Paine, Matthew) (Entered: 08/12/2010) |
| 08/12/2010 | 30 | EXHIBITS (A) through (X) and (1) through (16) by Sumanta Banerjee. (Paine, Matthew) (Entered: 08/12/2010) |
| 08/18/2010 | 31 | Opposition re 29 R MOTION for Default Judgment as to Tuckerbrool Alternative Investments, LP filed by Tuckerbrook Alternative Investments, LP,. (Carnathan, Sean) (Entered: 08/18/2010) |
| 09/17/2010 | 32 | NOTICE of Appearance by Mitchell J. Matorin on behalf of Sumanta Banerjee (Matorin, Mitchell) (Entered: 09/17/2010) |
| 10/01/2010 | 33 | MOTION for Leave to File *Supplemental Memorandum of Law in Support of Motion to Vacate Default Judgment* by Sumanta Banerjee. (Attachments: # 1 Exhibit 1 - Proposed Supplemental Memorandum of Law, # 2 Exhibit A to Proposed Supplemental Memorandum of Law, # 3 Exhibit B to Proposed Supplemental Memorandum of Law)(Matorin, Mitchell) (Entered: 10/01/2010) |
| 10/04/2010 | | Judge William G. Young: ELECTRONIC ORDER entered granting 33 MOTION for Leave to File Supplemental Memorandum of Law in Support of Motion to Vacate Default Judgment ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Paine, Matthew) (Entered: 10/04/2010) |
| 10/04/2010 | 34 | Supplemental MEMORANDUM in Support re 29 R MOTION for Default Judgment as to Tuckerbrool Alternative Investments, LP *re* 29 R *Motion to Vacate Entry of Default Judgment* filed by Sumanta Banerjee. (Attachments: # 1 Exhibit A - Hague Convention and India Reservations, # 2 Exhibit B - Complaint in Alkek & Williams Ltd. v. Tuckerbrook Alternative Investments, LP (S.D. Tex.))(Matorin, Mitchell) (Entered: 10/04/2010) |
| 10/06/2010 | 35 | Assented to MOTION for Leave to File *Short Response to Plaintiff's Supplemental Memorandum of Law in Support of Defendant's Motion to Set Aside Default Judgment* by Tuckerbrook Alternative Investments, LP,.(Carnathan, Sean) (Entered: 10/06/2010) |
| 10/14/2010 | | Judge William G. Young: ELECTRONIC ORDER entered granting 35 Assented to MOTION for Leave to File Short Response to Plaintiff's Supplemental Memorandum of Law in Support of Defendant's Motion to Set Aside Default Judgment ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Paine, Matthew) (Entered: 10/14/2010) |
| 10/21/2010 | 36 | RESPONSE to Motion re 33 MOTION for Leave to File *Supplemental Memorandum of Law in Support of Motion to Vacate Default Judgment* filed by Tuckerbrook |

| | | |
|---|---|---|
| | | Alternative Investments, LP,. (Carnathan, Sean) (Entered: 10/21/2010) |
| 11/30/2010 | 37 R | Judge William G. Young: ORDER entered. MEMORANDUM AND ORDER: ECF No. 29 R is ALLOWED and the default judgment entered against Banerjee is VACATED. SO ORDERED...(Paine, Matthew) (Entered: 11/30/2010) |
| 11/30/2010 | | Case Reopened per Judge Young order 37 R (Sonnenberg, Elizabeth) (Entered: 11/30/2010) |
| 01/26/2011 | | Motions terminated: 27 MOTION to Dismiss filed by Sumanta Banerjee. (Smith, Bonnie) (Entered: 01/26/2011) |
| 02/14/2011 | 38 | Assented to MOTION to Withdraw as Attorney by Sumanta Banerjee. (Attachments: # 1 Declaration of Mitchell J. Matorin in Support of Motion to Withdraw)(Matorin, Mitchell) (Entered: 02/14/2011) |
| 02/22/2011 | | Judge William G. Young: ELECTRONIC ORDER entered granting 38 Motion to Withdraw as Attorney. Attorney Mitchell J. Matorin terminated (Paine, Matthew) (Entered: 02/22/2011) |
| 02/24/2011 | 39 | MOTION for Extension of Time to File An Answer Due To Change in Legal Representation by Sumanta Banerjee. (Attachments: # 1 Exhibit - A)(Paine, Matthew) (Entered: 02/24/2011) |
| 02/25/2011 | | Judge William G. Young: ELECTRONIC ORDER entered: "Motion allowed. The time to file an answer will be extended to March 31, 2011. There will be no further extensions" re 39 MOTION for Extension of Time to File An Answer Due To Change in Legal Representation (Paine, Matthew) (Entered: 02/25/2011) |
| 03/22/2011 | 40 | NOTICE of Appearance by Richard M. Gelb on behalf of Sumanta Banerjee (Gelb, Richard) (Entered: 03/22/2011) |
| 03/22/2011 | 41 | NOTICE of Appearance by Daniel K. Gelb on behalf of Sumanta Banerjee (Gelb, Daniel) (Entered: 03/22/2011) |
| 03/22/2011 | 42 | NOTICE of Appearance by Stamenia Tzouganatos on behalf of Sumanta Banerjee (Tzouganatos, Stamenia) (Entered: 03/22/2011) |
| 03/30/2011 | 43 | MOTION to Dismiss *the Verified Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Request for Oral Argument* by Sumanta Banerjee.(Tzouganatos, Stamenia) (Entered: 03/30/2011) |
| 03/30/2011 | 44 | MEMORANDUM in Support re 43 MOTION to Dismiss *the Verified Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Request for Oral Argument* filed by Sumanta Banerjee. (Tzouganatos, Stamenia) (Entered: 03/30/2011) |
| 03/30/2011 | 45 | *Defendant's* ANSWER to 1 Complaint with Jury Demand by Sumanta Banerjee. (Tzouganatos, Stamenia) (Entered: 03/30/2011) |
| 03/31/2011 | | ELECTRONIC NOTICE Setting Hearing on Motion 43 MOTION to Dismiss *the Verified Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Request for Oral Argument* : Motion Hearing set for 5/9/2011 02:00 PM in Courtroom 18 before Judge William G. Young. Opposition is due by 4/13/11. Reply brief, if any, is due by 4/22/11. (Smith, Bonnie) (Entered: 03/31/2011) |
| 04/13/2011 | 46 | Opposition re 43 MOTION to Dismiss *the Verified Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Request for Oral Argument* filed by Tuckerbrook Alternative Investments, LP,. (Attachments: # 1 Affidavit)(Carnathan, Sean) (Entered: 04/13/2011) |
| 04/19/2011 | 47 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)*. (Tzouganatos, Stamenia) |

| | | |
|---|---|---|
| | | (Entered: 04/19/2011) |
| 05/09/2011 | 48 | NOTICE of Appearance by David B Mack on behalf of Tuckerbrook Alternative Investments, LP, (Mack, David) (Entered: 05/09/2011) |
| 05/09/2011 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 5/9/2011 re 43 MOTION to Dismiss *the Verified Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and Request for Oral Argument* filed by Sumanta Banerjee.After hearing the Court rules denying 43 Motion to Dismiss; The Case is set for the Running Trial List as of 12/5/11. A final pretrial conference will be held in November. The clerk will send out a notice. Summary Judgment motions are due by 10/1/11. Discovery cut off is 10/1/11. (Court Reporter: Donald Womack at womack@megatran.com.)(Attorneys present: Plaintiff's Counsel Mack, Deendant's Counsel Gelb) (Smith, Bonnie) (Entered: 05/10/2011) |
| 05/10/2011 | | Set/Reset Deadlines: Discovery to be completed by 10/3/2011 Motions due by 10/3/2011 Ready for Trial on 12/5/2011 09:00 AM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 05/10/2011) |
| 09/06/2011 | 49 | Joint MOTION for Extension of Time *of Dates Scheduled for Discovery, Summary Judgment Motions and Trial* by Sumanta Banerjee.(Gelb, Daniel) (Entered: 09/06/2011) |
| 09/07/2011 | 50 | Judge William G. Young: ORDER FOR ADMINISTRATIVE CLOSURE entered. re 49 Joint MOTION for Extension of Time *of Dates Scheduled for Discovery, Summary Judgment Motions and Trial* filed by Sumanta Banerjee (Smith, Bonnie) (Main Document 50 replaced on 9/8/2011) (Paine, Matthew). (Entered: 09/07/2011) |
| 09/07/2011 | | Civil Case Terminated. (Smith, Bonnie) (Entered: 09/07/2011) |
| 06/01/2012 | 51 R | MOTION to Reopen Case by Tuckerbrook Alternative Investments, LP,.(Carnathan, Sean) (Entered: 06/01/2012) |
| 06/04/2012 | 52 R | Transcript of Motion Hearing held on May 9, 2011, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Donald Womack at womack@megatran.com Redaction Request due 6/25/2012. Redacted Transcript Deadline set for 7/5/2012. Release of Transcript Restriction set for 9/3/2012. (Scalfani, Deborah) (Entered: 06/04/2012) |
| 06/04/2012 | | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/attorneys/general-info.htm (Scalfani, Deborah) (Entered: 06/04/2012) |
| 06/04/2012 | | Judge William G. Young: ELECTRONIC ORDER entered granting 51 R Motion to Reopen Case (Paine, Matthew) (Entered: 06/04/2012) |
| 06/05/2012 | | Case Reopened per electronic order dated 6/4/12 (Duong, Diep) (Entered: 06/05/2012) |
| 06/05/2012 | 53 | NOTICE of Non-Representation of Defendant Following Administrative Termination of Action by Sumanta Banerjee (Gelb, Daniel) (Entered: 06/05/2012) |
| 06/06/2012 | | ELECTRONIC NOTICE of Hearing. Status Conference set for 6/19/2012 02:00 PM in Courtroom 18 before Judge William G. Young. (Gaudet, Jennifer) (Entered: 06/06/2012) |
| 06/15/2012 | 54 | MOTION to Continue Status Conference by Sumanta Banerjee. *Note: Motion Received* |

| | | |
|---|---|---|
| | | *Via Fax*(Paine, Matthew) (Entered: 06/18/2012) |
| 06/18/2012 | | Judge William G. Young: ELECTRONIC ORDER entered denying [54](#) Motion to Continue. (Gaudet, Jennifer) (Entered: 06/18/2012) |
| 06/19/2012 | | ELECTRONIC NOTICE OF RESCHEDULING. Status Conference set for 6/27/2012 02:30 PM in Courtroom 18 before Judge William G. Young. NO FURTHER CONTINUANCES WILL BE ENTERTAINED.(Gaudet, Jennifer) (Entered: 06/19/2012) |
| 06/27/2012 | | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young: Status Conference held on 6/27/2012. The Court Orders the plaintiff to file a new civil action to be marked as related to this matter. The new civil case, if filed, will be brought promptly to trial. This case is Ordered closed. (Court Reporter: Donald Womack at womack@megatran.com.)(Attorneys present: Carnathan for the pltf. and defendant pro se) (Gaudet, Jennifer) (Entered: 07/05/2012) |
| 07/05/2012 | | Civil Case Terminated. (Gaudet, Jennifer) (Entered: 07/05/2012) |
| 09/22/2014 | [55](#) R | MOTION for Release of Lien by Sumanta Banerjee.(Paine, Matthew) (Entered: 09/23/2014) |
| 10/09/2014 | [56](#) R | Judge William G. Young: ORDER entered granting [55](#) R MOTION for Release of Lien (Paine, Matthew) (Entered: 10/09/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/22/2020 13:04:15 | | | |
| **PACER Login:** | sg034789:4802137:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:09-cv-11672-WGY |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |