**EXHIBIT 24**

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:12-cv-11643-LTS

| | |
|---|---|
| Tuckerbrook Alternative Investments, LP, v. Banerjee | Date Filed: 09/04/2012 |
| Assigned to: District Judge Leo T. Sorokin | Date Terminated: 06/01/2015 |
| Demand: $75,000 | Jury Demand: Both |
| Cause: 28:1330 Breach of Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Tuckerbrook Alternative Investments, LP**   represented by **Sean T. Carnathan**
O'Connor, Carnathan and Mack LLC
Landmark One
1 Van de Graaff Drive
Suite 104
Burlington, MA 01803
781-359-9002
Fax: 781-359-9001
Email: scarnathan@ocmlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sumanta Banerjee**   represented by **Sumanta Banerjee**
58/1 Ballygunje Circular Rd
Kolkata, West Bengal 700019
India
Email: Gandhibanerjee@gmail.com
*PRO SE*

**Counter Claimant**

**Sumanta Banerjee**   represented by **Sumanta Banerjee**
58/1 Ballygunje Circular Rd
Kolkata, West Bengal 700019
India
*PRO SE*

V.

**Counter Defendant**

**Tuckerbrook Alternative Investments, LP**   represented by **Sean T. Carnathan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2012 | 1 | COMPLAINT against Sumanta Banerjee Filing fee: $ 350, receipt number 0101-4097064 (Fee Status: Filing Fee paid), filed by Tuckerbrook Alternative Investments, LP,. (Attachments: # 1 Civil Cover Sheet, # 2 category sheet)(Carnathan, Sean) (Entered: 09/04/2012) |
| 09/04/2012 | 2 | NOTICE of Case Assignment. Magistrate Judge Jennifer C. Boal assigned to case. **Plaintiff's counsel, or defendant's counsel if this case was initiated by the filing of a Notice of Removal, are directed to the Notice and Procedures regarding Consent to Proceed before the Magistrate Judge which can be downloaded here. These documents will be mailed to counsel not receiving notice electronically.** (Abaid, Kimberly) (Entered: 09/04/2012) |
| 09/04/2012 | 3 | Summons Issued as to Sumanta Banerjee. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Geraldino-Karasek, Clarilde) (Entered: 09/04/2012) |
| 10/26/2012 | 4 | MOTION to Deem Service of Process Effectuated by Tuckerbrook Alternative Investments, LP. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Carnathan, Sean) (Entered: 10/26/2012) |
| 10/26/2012 | 5 | AFFIDAVIT in Support re 4 MOTION to Deem Service of Process Effectuated . (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C) (Carnathan, Sean) (Entered: 10/26/2012) |
| 12/11/2012 | 6 | ELECTRONIC NOTICE of Reassignment. Judge George A. OToole, Jr added. (Abaid, Kimberly) (Entered: 12/11/2012) |
| 04/03/2013 | 7 | ELECTRONIC NOTICE of Hearing. Status Conference set for 4/8/2013 02:00 PM in Courtroom 9 before Judge George A. OToole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 04/03/2013) |
| 04/08/2013 | 8 | ELECTRONIC Clerk's Notes for proceedings held before Judge George A. OToole, Jr: Status Conference held on 4/8/2013. Answer to be served within 21 days. Motion to Deem Service of Process 4 is GRANTED. Motions terminated: 4 MOTION to Deem Service of Process Effectuated filed by Tuckerbrook Alternative Investments, LP. (Court Reporter: Marcia Patrisso at 617-737-8728.)(Attorneys present: For Plaintiff: Sean Carnathan) (Lyness, Paul) (Entered: 04/09/2013) |
| 04/29/2013 | 9 | MOTION to Dismiss, MOTION to Vacate ( Responses due by 5/13/2013) by Sumanta Banerjee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 and 4, # 4 Exhibit 5,6, and 7)(Danieli, Chris) (Entered: 04/29/2013) |
| 05/08/2013 | 10 | Opposition re 9 MOTION to Dismiss MOTION to Vacate *Order Deeming Service of Process Effectuated* filed by Tuckerbrook Alternative Investments, LP. (Carnathan, Sean) (Entered: 05/08/2013) |
| 05/24/2013 | 11 | Judge George A. OToole, Jr: ORDER entered denying 9 Motion to Dismiss; denying 9 Motion to Vacate (Lyness, Paul) (Entered: 05/24/2013) |
| 06/21/2013 | 12 | Copy re 3 Summons Issued, 9 MOTION to Dismiss MOTION to Vacate, 5 Affidavit in Support, 1 Complaint, 11 Order on Motion to Dismiss, Order on Motion to Vacate, 4 MOTION to Deem Service of Process Effectuated , 10 Opposition to Motion, and Docket Sheet mailed to Sumanta Banerjee on 6/21/2013. (Danieli, Chris) (Entered: 06/21/2013) |

| | | |
|---|---|---|
| 06/21/2013 | 13 R | MOTION for Entry of Default *Under Red. Rule Civ. P. 55(A)* by Tuckerbrook Alternative Investments, LP.(Carnathan, Sean) (Entered: 06/21/2013) |
| 07/03/2013 | 14 R | MOTION for Extension of Time to File Answer re 1 R Complaint, by Sumanta Banerjee.(Lyness, Paul) (Entered: 07/03/2013) |
| 07/11/2013 | 15 R | Opposition re 14 R MOTION for Extension of Time to File Answer re 1 R Complaint, filed by Tuckerbrook Alternative Investments, LP. (Carnathan, Sean) (Entered: 07/11/2013) |
| 07/22/2013 | 16 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered granting 14 R Motion for Extension of Time to Answer re 1 R Complaint. Answer due no later than 8/16/2013. (Danieli, Chris) (Entered: 07/22/2013) |
| 07/22/2013 | 17 | Paper Copy of NEF re 16 Order on Motion for Extension of Time to Answer mailed to Sumanta Banerjee on 7/22/2013. (Danieli, Chris) (Entered: 07/22/2013) |
| 08/09/2013 | 18 R | MOTION to Reassign the Judge by Sumanta Banerjee. (Attachments: # 1 Exhibit 1, # 2 Exhibit A, # 3 Exhibit B, # 4 R Exhibit C)(Danieli, Chris) (Entered: 08/09/2013) |
| 08/12/2013 | 19 R | Opposition re 18 R MOTION to Reassign Case filed by Tuckerbrook Alternative Investments, LP. (Carnathan, Sean) (Entered: 08/12/2013) |
| 08/15/2013 | 20 R | REPLY to Response to 18 R MOTION to Reassign Case filed by Sumanta Banerjee. (Attachments: # 1 Exhibit 1)(Danieli, Chris) (Entered: 08/15/2013) |
| 08/16/2013 | 21 R | ANSWER to 1 R Complaint, with Jury Demand, COUNTERCLAIM against Tuckerbrook Alternative Investments, LP by Sumanta Banerjee. (Attachments: # 1 R Exhibit 1, # 2 Exhibit 2, # 3 R Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 R Exhibit 7)(Danieli, Chris) (Entered: 08/16/2013) |
| 09/06/2013 | 22 R | MOTION to Dismiss *Counterclaims with Incorporated Memorandum in Support* by Tuckerbrook Alternative Investments, LP.(Carnathan, Sean) (Entered: 09/06/2013) |
| 09/06/2013 | 23 R | AFFIDAVIT in Support re 22 R MOTION to Dismiss *Counterclaims with Incorporated Memorandum in Support* . (Attachments: # 1 R Exhibit Exh A, # 2 R Exhibit Exh B)(Carnathan, Sean) (Entered: 09/06/2013) |
| 09/20/2013 | 24 R | Opposition re 22 R MOTION to Dismiss *Counterclaims with Incorporated Memorandum in Support* filed by Sumanta Banerjee. (Attachments: # 1 Exhibit A)(Danieli, Chris) (Entered: 09/23/2013) |
| 10/17/2013 | 25 | Mail Returned as Undeliverable. Mail sent to Sumanta Banerjee in re dkt. no. 12 Copy re 3 R Summons Issued, 9 R MOTION to Dismiss MOTION to Vacate, 5 Affidavit in Support, 1 R Complaint, 11 R Order on Motion to Dismiss, Order on Motion to Vacate, 4 R MOTION to Deem Service of Process Effectuated, 10 R Opposition to Motion, and Docket Sheet mailed to Sumanta Banerjee on 6/21/2013. (Danieli, Chris) (Entered: 10/17/2013) |
| 11/13/2013 | 26 R | MOTION to Seal *Pleadings and Exhibits Concerning the Plaintiff's Motion for Partial Summary Judgment* by Tuckerbrook Alternative Investments, LP.(Carnathan, Sean) (Entered: 11/13/2013) |
| 11/13/2013 | 27 | AFFIDAVIT in Support re 26 R MOTION to Seal *Pleadings and Exhibits Concerning the Plaintiff's Motion for Partial Summary Judgment* . (Carnathan, Sean) (Entered: 11/13/2013) |
| 11/27/2013 | 28 | Opposition re 26 R MOTION to Seal *Pleadings and Exhibits Concerning the Plaintiff's Motion for Partial Summary Judgment* filed by Sumanta Banerjee. (Attachments: # 1 R Exhibit A, # 2 Affidavit)(Danieli, Chris) (Entered: 12/02/2013) |

| | | |
|---|---|---|
| 03/25/2014 | 30 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. The plaintiff's motion for entry of default (dkt. no. 13 ℝ) is DENIED. See docket numbers 16 and 21 ℝ. The defendant's motion to reassign the judge (dkt. no. 18 ℝ) is DENIED. (Danieli, Chris) (Entered: 03/25/2014) |
| 09/30/2014 | 31 ℝ | Judge George A. OToole, Jr: OPINION AND ORDER entered granting in part and denying in part 22 ℝ Motion to Dismiss; granting 26 ℝ Motion to Seal (Danieli, Chris) (Entered: 10/01/2014) |
| 10/02/2014 | 32 | Copy re 31 ℝ Order on Motion to Dismiss, Order on Motion to Seal mailed to Sumanta Banerjee on 10/2/2014. (Danieli, Chris) (Entered: 10/02/2014) |
| 03/11/2015 | 33 | ELECTRONIC NOTICE of Reassignment pursuant to Local Rule 40.1(I). District Judge Leo T. Sorokin added. Judge George A. OToole, Jr no longer assigned to case. (Abaid, Kimberly) (Entered: 03/11/2015) |
| 03/12/2015 | 34 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered. Within seven (7) days, each side shall file a status report, not to exceed three pages, describing what, if anything, remains to do in this case prior to trial. Status Report due by 3/19/2015. (Montes, Mariliz) (Entered: 03/12/2015) |
| 03/12/2015 | 35 | Set Deadlines: Status Report due by 3/19/2015 (Simeone, Maria) (Entered: 03/12/2015) |
| 03/19/2015 | 36 ℝ | STATUS REPORT by Tuckerbrook Alternative Investments, LP. (Carnathan, Sean) (Entered: 03/19/2015) |
| 03/19/2015 | 37 ℝ | Defendant's MOTION for Extension of Time to March 26, 2015 to File Status Report. by Sumanta Banerjee.(Montes, Mariliz) (Entered: 03/19/2015) |
| 03/20/2015 | 38 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered Granting 37 ℝ Defendant's Motion for Extension of Time to File Status Report. Status Report due by 3/26/2015. No further extensions to this deadline will be allowed. A copy of the Electronic Order has been mailed to the Defendant. (Montes, Mariliz) (Entered: 03/20/2015) |
| 03/20/2015 | 39 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered.re 36 ℝ Status Report filed by Tuckerbrook Alternative Investments, LP, Plaintiff shall, by March 26, 2015, file a Supplemental Status Report explaining briefly the claims upon which it would move for summary judgment and the theories supporting the grant of such a motion. (Supplemental Status Report due by 3/26/2015)(Montes, Mariliz) (Entered: 03/20/2015) |
| 03/26/2015 | 40 ℝ | STATUS REPORT by Sumanta Banerjee. (Montes, Mariliz) (Entered: 03/26/2015) |
| 03/27/2015 | 41 ℝ | STATUS REPORT by Tuckerbrook Alternative Investments, LP. (Carnathan, Sean) (Entered: 03/27/2015) |
| 03/27/2015 | 42 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered. The plaintiff may file a motion for Summary Judgment as described in the status report within 14 days. Defendant may file a response within 30 days with a reply not to exceed 5 pages 7 days thereafter. If defendants believe discovery may be required to respond to the motion then they may so state in the response with a supporting basis. re 40 ℝ Status Report filed by Sumanta Banerjee, 41 ℝ Status Report filed by Tuckerbrook Alternative Investments, LP, ( Motions due by 4/10/2015), Set Deadlines as to 40 ℝ Status Report, 41 ℝ Status Report.( Responses due by 5/11/2015, Replies due by 5/25/2015.) (Simeone, Maria) (Entered: 03/27/2015) |
| 04/09/2015 | 43 ℝ | Joint MOTION for Extension of Time *to Extend Deadlines* by Tuckerbrook Alternative Investments, LP. (Attachments: # 1 ℝ Exhibit A)(Carnathan, Sean) (Entered: |

| | | |
|---|---|---|
| | | 04/09/2015) |
| 04/09/2015 | 44 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered granting 43 R Motion for Extension of Time to 5/15/15 to file Summary judgment (Simeone, Maria) (Entered: 04/09/2015) |
| 04/10/2015 | 45 | Reset Deadlines: re. 44 Motions for Summary Judgment due by 5/15/2015; Responses due by 6/14/2015; Replies due by 6/28/2015. (Montes, Mariliz) (Entered: 04/10/2015) |
| 05/19/2015 | 46 | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered. Neither party has moved for summary judgment within the deadline established by the Court. Accordingly, this matter will commence trial on June 22, 2015 at 9:00 a.m. in Courtroom # 13. ( Jury Trial set for 6/22/2015 09:00 AM in Courtroom 13 before District Judge Leo T. Sorokin.)(Simeone, Maria) (Entered: 05/19/2015) |
| 05/21/2015 | 47 R | District Judge Leo T. Sorokin: PROCEDURAL ORDER re pretrial/trial. The Final Pretrial Conference has been set for 6/18/2015 03:00 PM in Courtroom 13 before District Judge Leo T. Sorokin. The Jury Trial is set for 6/22/2015 09:00 AM in Courtroom 13 before District Judge Leo T. Sorokin. (Simeone, Maria) (Entered: 05/22/2015) |
| 05/29/2015 | 48 R | STIPULATION of Dismissal by Tuckerbrook Alternative Investments, LP. (Carnathan, Sean) (Entered: 05/29/2015) |
| 06/01/2015 | 49 R | District Judge Leo T. Sorokin: CLOSING ORDER DISMISSING CASE entered. In accordance with the Stipulation of Dismissal filed by parties, dismissing all claims in this action with prejudice and without costs, the court hereby dismisses and closes this case, each party to bear their own attorneys fees and waiving all rights of appeal. (Simeone, Maria) (Entered: 06/01/2015) |
| 06/01/2015 | 50 | Reset Deadlines: renewed motion for default judgment due by 6/26/2015 (Simeone, Maria) (Entered: 06/01/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/22/2020 15:21:09 | | | |
| PACER Login: | sg034789:4802137:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:12-cv-11643-LTS |
| Billable Pages: | 4 | Cost: | 0.40 |