# EXHIBIT 27

```
K33LSADH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

SADIS & GOLDBERG, LLP,

          Plaintiff,

     v.                              14 Civ. 913 (LTS)(OTW)

SUMANTA BANERJEE,

          Defendant.
                                     Hearing
------------------------------x
                                     New York, N.Y.
                                     March 3, 2020
                                     10:00 a.m.

Before:

                    HON. ONA T. WANG,

                                     U.S. Magistrate Judge


                         APPEARANCES

SADIS & GOLDBERG, LLP
     Attorney for Plaintiff
BY:  BEN HUTMAN


     Pro-se Attorney for Defendant
BY:  SUMANTA BANERJEE

Also Present:
Desi Ilieva, Paralegal, Sadis & Goldberg
Akshita Banerjee, Defendant's wife
```

SOUTHERN DISTRICT REPORTERS, P.C.

(212) 805-0300

1  Q.  And the $430,000, your wife would have had no interest in
2  automatically because you were the person that earned it by
3  virtue of your management of the common fund, not as a matter
4  of your interest in the entity; is that right?
5  A.  I earned it.  It's a capital gain that I earned.  And it
6  was paid out over the years that I earned it.  And it was paid
7  out in 2014, which is when I endorsed the check over to her.
8  Q.  I just wanted to clarify.
9          The reason you needed to endorse the check was because
10 the check was made out only to you and not to her?
11 A.  Correct.
12         THE COURT:  Can I pause for a second?
13         Mr. Hutman, how much longer do you have with Mr.
14 Banerjee?
15         MR. HUTMAN:  I can't say we've gotten very far,
16 unfortunately.  Maybe an hour and a half.
17         THE COURT:  All right.  We're going to take a break
18 after I'm done talking right now.
19         I want you to take a look -- remember, there's no jury
20 here, okay?  I get what you're trying to do.  Let's assume that
21 you're going to continue to get what you would characterize as
22 self-serving testimony from Mr. Banerjee.  Understand that I
23 can connect the dots.  So why don't you take a break and think
24 about focusing on authenticating documents that you need
25 authenticated, try to minimize any amount of argument back and