# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SADIS & GOLDBERG, LLP,

        Plaintiff,

v.

AKSHITA BANERJEE AND SUMANTA BANERJEE,

        Defendants.

Civil Action No. 2:19-cv-01682-AJS

## DECLARATION OF AKSHITA BANERJEE

I, Akshita Banerjee, declare as follows:

1. I am over the age of 18 and would and could competently testify to the following facts from my personal knowledge if called by the Court to do so.

2. I am an authorized signatory of SSA Capital Advisors, LLC.

3. I do not have an ownership or membership interest in SSA Capital Advisors, LLC.

4. Sumanta Banerjee, my husband, does not have an ownership or membership interest in SSA Capital Advisors, LLC.

5. I am neither a beneficiary nor a trustee of the SASB Irrevocable Trust.

6. Sumanta Banerjee is neither a beneficiary nor a trustee of the SASB Irrevocable Trust.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in Pittsburgh, Pennsylvania on January 27, 2021.

                                                                               */s/ Akshita Banerjee*
                                                                               Akshita Banerjee