### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SADIS & GOLDBERG, LLP,

        Plaintiff,

  v.

AKSHITA BANERJEE AND SUMANTA BANERJEE,

        Defendants.

Civil Action No. 2:19-cv-01682-AJS

### SWORN DECLARATION OF AKSHITA BANERJEE

1.    I am Akshita Banerjee, an adult individual and resident of Pennsylvania.

2.    I have reviewed the Motion for Reconsideration and declare under penalty of perjury under the laws of the United States of America that the averments of fact set forth therein are true and correct to the best of my knowledge, information and belief.

Date: February 23, 2021

/s/ *Akshita Banerjee*
Akshita Banerjee