**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SADIS & GOLDBERG, LLP, | |
|     Plaintiff, | Civil Action No. 2:19-cv-01682-AJS |
|   v. | |
| AKSHITA BANERJEE and SUMANTA BANERJEE, | |
|     Defendants. | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Akshita Banerjee and Sumanta Banerjee, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from an Order of this Court entered on February 9, 2021, which Order Granted Plaintiff's Motion to Impose a Constructive Trust (ECF No. 50). The Defendants further appeal an Order of this Court entered on March 2, 2021, which Order denied Defendants' Motion for Reconsideration (ECF No. 55). Appeal is taken from each and every part of the Orders as is adverse to the Defendants.

                                                    Respectfully submitted,

Date: March 8, 2021

                                                    /s/ Alexander L. Holmquist
                                                    Robert O Lampl
                                                    PA I.D. #19809
                                                    James R. Cooney
                                                    PA I.D. #32706
                                                    Alexander L. Holmquist
                                                    PA I.D. #314159
                                                    223 Fourth Avenue, 4th Fl.
                                                    Pittsburgh, PA  15222
                                                    (412) 392-0330 (phone)
                                                    (412) 392-0335 (facsimile)
                                                    Email:  rlampl@lampllaw.com

## CERTIFICATE OF SERVICE

I, Alexander L. Holmquist, hereby certify that on the 8th day of March, 2021, I served a true and correct copy of the within **Notice of Appeal** upon Counsel for Plaintiff by the Court's CM/ECF electronic notification system and Email as follows:

Kate E. McCarthy
Katelin J. Montgomery
Robert E. Dauer
Meyer, Unkovic & Scott LLP
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
*kem@muslaw.com*
*kjm@muslaw.com*
*red@muslaw.com*

Ben Hutman
Sadis & Goldberg, LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176
*bhutman@sadis.com*

                                       */s/ Alexander L. Holmquist*
                                        Alexander L. Holmquist